THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY BOYD, Appellant.

Submitted July 11, 2016; decided August 25, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTESHA DAVIDSON, Appellant.

Submitted July 11, 2016; decided August 25, 2016

Motion for assignment of counsel granted and Robert R. LaLonde, Esq., 1109 East State Street, PO Box 7005, Ithaca, New York 14851 assigned as counsel to the appellant nunc pro tunc on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN DEGRAFFENREID, Appellant.

Submitted June 27, 2016; decided August 25, 2016

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUDE FRANCIS, Appellant.

Submitted July 11, 2016; decided August 25, 2016

Motion for poor person relief granted.